**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

KENNETH NOEL BARNES (#113123)

VERSUS

DARRELL VANNOY

CIVIL ACTION

25-992-SDD-SDJ

**RULING**

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Judge Scott D. Johnson dated October 16, 2026, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that the exercise of supplemental jurisdiction is declined, and Plaintiff's federal claims shall be dismissed with prejudice for failure to state a claim based on the Court's screening under 28 U.S.C. §§ 1915(e) and 1915A.

Signed in Baton Rouge, Louisiana, on this 19 day of November, 2026.

Shelly Dick

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

[1] Rec. Doc. 5.